ACCEPTED
05-14-00967-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/24/2015 1:01:22 PM
LISA MATZ
CLERK

**CASE NO. 05-14-00967-CV**

**IN THE FIFTH DISTRICT COURT OF APPEALS
DALLAS, TEXAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/24/2015 1:01:22 PM
LISA MATZ
Clerk

**SHORE CHAN DEPUMPO LLP AND EDWARD MANDEL**

**v.**

**STEVEN W. THRASHER D/B/A THRASHER ASSOCIATES L.L.C.**

On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-10549

**AGREED MOTION FOR EXTENSION OF TIME TO FILE
APPELLANTS' REPLY BRIEF**

Respectfully submitted,

Michael W. Shore
Texas Bar No. 18294915
Russell J. DePalma
Texas Bar No. 00795318
**SHORE CHAN DEPUMPO LLP**
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
214-593-9110 Telephone
214-593-9111 Facsimile

Attorneys for all Appellants

**TO THE HONORABLE FIFTH COURT OF APPEALS:**

Shore Chan DePumpo LLP and Edward Mandel (collectively the "Appellants"), hereby move this Court to extend the time to file their reply brief by 7 days. Appellants have conferred with counsel for the Appellees and Appellees have *agreed* to this motion for an extension. In further support of this motion, the Appellants assert the following:

1. **Current Deadline March 2, 2015**. The reply brief for the Appellants is due on March 2, 2015.

2. **Length of Extension: 7 days**. The Appellants respectfully request an extension of the current deadline be enlarged by 7 days to file their brief so that the new due date would be March 9, 2015.

3. **Basis for Extension:** The Appellants request additional time for briefing due to the schedules of their counsel. The extension is not sought for delay but to ensure justice can be done.

4. **Agreed Upon Motion:** As noted above, counsel for Appellees has agreed to the Appellants' request for a 7-day extension. It would not be prejudicial for this court to grant the motion.

**WHEREFORE**, for the foregoing reasons, the Appellants respectfully pray that this Court grant their motion for an extension of time to file their brief so that

the new deadline will be March 9, 2015. The Appellants pray for any other relief to which they may be entitled.

Respectfully submitted,

*/s/ Michael W. Shore*
Michael W. Shore
Texas Bar No. 18294915
Russell J. DePalma
Texas Bar No. 00795318
**SHORE CHAN DEPUMPO LLP**
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
214-593-9110 Telephone
214-593-9111 Facsimile

Attorneys for all Appellants

## CERTIFICATE OF CONFERENCE

On February 20, 2015, the undersigned counsel conferred with counsel for Appellees, Steven Ramos, to request whether counsel would agree to a 7-day extension.  Counsel for the Appellees agreed.


                                                   _/s/Russell DePalma
                                                   Russell DePalma


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within document has been served via facsimile on this 24th day of February, 2015.


W. Randall Ackerman
Steven Ramos
Ackerman & Savage, L.L.C.
8226 Douglas Avenue, Suite 330
Dallas, TX 75225


                                                   /s/Russell J. DePalma
                                                   Russell J. DePalma